■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA CELLI, Appellant. — Judgment of the County Court, Westchester County (Couzens, J.), rendered July 16, 1980, affirmed (see *People v Duffy,* 83 AD2d 563). Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL DAVIS, Appellant. — Judgment of the Supreme Court, Kings County (Bonomo, J.), rendered May 11, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Mangano and Thompson, JJ., concur.